JOHN M. ANDERSON, Respondent, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant.

(Argued December 5, 1890; decided December 16, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made June 28, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*William W. MacFarland* for appellant.

*C. D. Rust* for respondent.

Agree to affirm ; no opinion.
All concur, except EARL, PECKHAM and O'BRIEN, JJ., dissenting.
Judgment affirmed.

JEAN HIRSCH, Respondent, *v.* THE NEW YORK AND GREENWOOD LAKE RAILROAD COMPANY, Appellant.

(Argued December 5, 1890; decided December 16, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made June 28, 1889, which affirmed a judgment in favor of plaintiff, entered upon a verdict and affirmed an order denying a motion for a new trial.

*William W. MacFarland* for appellant.

*J. Edward Swanstrom* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.